HARRY HALPER, Appellant, v. ABRAHAM A. CANTOR and BERTHA CANTOR, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

CHARLES J. HERMES, Respondent, v. NEW YORK FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MORRIS ISER, Respondent, v. HERBERT MARKS BUILDING CORP., INC., and Others, Defendants. ALVIN B. STEELE, Respondent; MEYER HURWITZ, Appellant. — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of DAVID MARLOW, an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of LOUIS ROTHBARD, an Attorney.— Motion for permission to inspect testimony denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

LEVRAAD REALTY CORPORATION, Appellant, v. JAMES F. OGDEN, INC., and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for resettlement of order denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MARSHALL MORTGAGE CORPORATION, Respondent, v. PHILLY BUILDING CORPORATION and Others, Defendants. CITY MASONS SUPPLY CO., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

HENRY W. C. MICHELSEN, Respondent, v. VINCENT DeMARTINI, Appellant.— Motion to vacate stay granted by a justice of this court on September 17, 1928, granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN D. MOORE, Respondent, v. JOHN L. ATWELL and RAMAPO MOUNTAINS WATER POWER & SERVICE CO., INC., Appellants.— Motion to open default and vacate order dismissing appeal granted upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent twenty dollars costs within five days from the entry of the order herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BESSIE MULWITZ, Respondent, v. CHARLES H. SHANLEY and HELEN E. SHANLEY, Appellants. STONEWALL J. CREWS, Individually and as Administrator etc., of PETER R. CREWS, Deceased, and LULU C. CREWS, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.